UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| WON KYUNG HWANG, on behalf of herself and all others similarly situated., <br><br> Plaintiff, <br><br> vs. <br><br> OHSO CLEAN, INC., d/b/a CLEANWELL COMPANY; CLEANWELL COMPANY; DOES 1-10, inclusive, <br><br> Defendants. | CASE NO. 3:12-cv-06355 JCS <br><br> [*Assigned for All Purposes to the Hon. Joseph .C. Spero*] <br><br> [~~PROPOSED~~] ORDER GRANTING DEFENDANTS' REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE <br><br> **Date:** July 19, 2013 <br> **Time:** 1:30 p.m. <br> **Courtroom:** G – 15th Floor <br><br> Trial Date:    None Set |

Upon Defendants' request for its counsel to appear telephonically at the Case Management Conference, set for July 19, 2013, at 1:30 p.m., and for good cause appearing,

///

///

1  IT IS HEREBY ORDERED that Defendants' request is GRANTED and
2  Defendants' counsel may appear telephonically for the July 19, 2013 Case
3  Management Conference. Counsel shall provide a direct land line phone number to the Court
4  IT IS SO ORDERED. by 7/21/13. Counsel must be on phone standby beginning at 1:30 PM and await the Court's call.

7  DATED: 7/9/13

Joseph C. Spero
United States Magistrate Judge

*IT IS SO ORDERED AS MODIFIED*
Judge Joseph C. Spero