1  **MARLIN & SALTZMAN, LLP**
   Stanley D. Saltzman, Esq. (SBN 90058)
2  Marcus J. Bradley, Esq. (SBN 174156)
   Kiley L. Grombacher, Esq. (SBN 245960)
3  29229 Canwood Street, Suite 208
   Agoura Hills, California  91301
4  Telephone:    (818) 991-8080
   Facsimile:    (818) 991-8081
5  ssaltzman@marlinsaltzman.com
   mbradley@marlinsaltzman.com
6  kgrombacher@marlinsaltzman.com

7  **LAW OFFICE OF YOUNG W. RYU**
   Young W. Ryu, Esq. (SBN 266372)
8  9595 Wilshire Blvd, Suite 900
   Beverly Hills, California  90212
9  Telephone:    (888) 365 – 8686
   Facsimile:    (800) 576 – 1170
10 young.ryu@youngryulaw.com

11 Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| WON KYUNG HWANG, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OHSO CLEAN, INC., d/b/a CLEANWELL COMPANY; CLEANWELL COMPANY; DOES 1 through 10, inclusive,<br><br>Defendants. | **CASE NO. 3 :12-CV-06355-JCS**<br>**(Hon Joseph C. Spero)**<br><br>[~~PROPOSED~~] **ORDER GRANTING PLAINTIFF'S REQUEST TO APPEAR TELEPHONICALLY AT CASE MANAGEMENT CONFERENCE**<br><br>**DATE:**     **July 19, 2013**<br>**TIME:**     **2:30 p.m.**<br>**CTRM:**    **G – 15th Floor**<br>**JUDGE:**   **Hon. Joseph C. Spero** |
|---|---|

Upon Plaintiff's request for its counsel to appear telephonically at the Case Management Conference scheduled for July 19, 2013, at 2:30 p.m., and for good cause appearing therefor,

/ / /

-1-
**[Proposed] Order Granting Plaintiff's Request to Appear Telephonically at Case Management Conference**
**Case No. 3:12-CV-06355-JCS**

1     IT IS HEREBY ORDERED that Plaintiff's request is GRANTED and Plaintiff's

2 counsel may appear telephonically for the July 19. 2013, Case Management Conference.

3 Counsel shall be on phone standby beginning at 1:30 PM. Counsel shall provide a direct land line number by 7/18/13.

4 **IT IS SO ORDERED.**

6 DATED: July 16, 2013

    Joseph C.
    United St

*IT IS SO ORDERED AS MODIFIED*
*Judge Joseph C. Spero*

-2-
**[Proposed] Order Granting Plaintiff's Request to
Appear Telephonically at Case Management Conference
Case No. 3:12-CV-06355-JCS**