1  MARLIN & SALTZMAN LLP
   MARCUS J. BRADLEY, SB# 174156
2     E-Mail: mbradley@marlinsaltzman.com
   29229 Canwood Street, Suite 208
3  Agoura Hills, California 91301
   Telephone: 818.991.8080
4  Facsimile: 818.991.8081

5  Attorneys for Plaintiff WON KYUNG
   HWANG
6

7  LEWIS BRISBOIS BISGAARD & SMITH LLP
   DANIEL C. DECARLO, SB# 160307
8     E-Mail: decarlo@lbbslaw.com
   ERIC Y. KIZIRIAN, SB# 210584
9     E-Mail: kizirian@lbbslaw.com
   JOSEPHINE A. BROSAS, SB# 239342
10    E-Mail: brosas@lbbslaw.com
   SHELLY ROSENFELD, SB# 276606
11    E-Mail: srosenfeld@lbbslaw.com
   221 North Figueroa Street, Suite 1200
12 Los Angeles, California 90012
   Telephone: 213.250.1800
13 Facsimile: 213.250.7900

14 Attorneys for Defendants OHSO CLEAN,
   INC. and CLEANWELL COMPANY
15

16               UNITED STATES DISTRICT COURT

17    NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

18

| 19 | WON KYUNG HWANG, on behalf of herself and all others similarly situated., | CASE NO. 3:12-cv-06355 JCS |
|---|---|---|
| 20 | Plaintiff, | *[Assigned for all purposes to the Hon. Joseph .C. Spero]* |
| 21 | vs. | **JOINT STIPULATION OF DISMISSAL** |
| 22 | OHSO CLEAN, INC., d/b/a CLEANWELL COMPANY; CLEANWELL COMPANY; DOES 1-10, inclusive, | |
| 23 | | |
| 24 | | Trial Date:    None Set |
| 25 | Defendants. | |

26 / / /

27 / / /

28

4818-0773-2502.1                                            3:12-cv-06355 JCS

JOINT STIPULATION OF DISMISSAL

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff WON KYUNG HWANG and defendants OHSO CLEAN, INC and CLEANWELL COMPANY through their respective counsel, hereby stipulate and agree that this action shall be dismissed with prejudice in its entirety, including all claims, each party to pay its own costs and fees.

DATED: October 31, 2013          Respectfully submitted,

                                 DANIEL C. DECARLO
                                 ERIC Y. KIZIRIAN
                                 JOSEPHINE A. BROSAS
                                 SHELLY ROSENFELD
                                 LEWIS BRISBOIS BISGAARD & SMITH LLP

                                 By:  /s/ Daniel C. DeCarlo
                                      Daniel C. DeCarlo
                                      Attorneys for Defendants OHSO CLEAN,
                                      INC. and CLEANWELL COMPANY

DATED: October 31, 2013          Marcus J. Bradley, Esq.
                                 MARLIN & SALTZMAN, LLP

                                 By:  /s/ Marcus J. Bradley
                                      Marcus J. Bradley
                                      Attorneys for Plaintiff WON KYUNG
                                      HWANG

Dated: 11/01/13



IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA

